K McGram
x 9054
11.14.16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 14 2016

Magistrate's Case No. '16MJ3500

UNITED STATES OF AMERICA
　　　　　　　Plaintiff,
　　vs.

Juan Carlos MONTIEL (1)
Ada Nereyda ARMAS-GARCIA (2)
　　　　　　　Defendants.

COMPLAINT FOR VIOLATION OF
21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about November 10, 2016, within the Southern District of California, defendants Juan Carlos MONTIEL and Ada Nereyda ARMAS-GARCIA, did knowingly and intentionally import approximately 22.40 kilograms (49.38 pounds) of methamphetamine, a schedule II controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Kevin Vassighi
U.S. Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 14 day of November, 2016.

United States Magistrate Judge

United States of America
  vs.
Juan Carlos MONTIEL (1)
Ada Nereyda ARMAS-GARCIA (2)

PROBABLE CAUSE STATEMENT

I, Special Agent Kevin Vassighi, declare under penalty of perjury, the following is true and correct:

On November 10, 2016, at approximately 7:40 a.m., Juan Carlos MONTIEL, a United States Citizen; and Ada Nereyda ARMAS-GARCIA, a Legal Permanent Resident, attempted to enter the United States at the Otay Mesa, California, Port of Entry. MONTIEL was the driver of a black Mazda Tribute bearing a California license plate ("the vehicle"). ARMAS-GARCIA was the front seat occupant and registered owner of the vehicle. There were also two passengers in the rear seat.

A Customs and Border Protection ("CBP") Canine Enforcement Officer ("CEO") was assigned to roving pre-primary operations at the Otay Mesa, California, Port of Entry with his assigned canine. The canine displayed a change of behavior and guided the CEO to the vehicle, crawled underneath, and alerted to the gas tank. The CEO notified a CBP Officer ("CBPO") on the Anti-Terrorism Contraband Enforcement Team of the canine alert.

A CBPO on the Anti-Terrorism Contraband Enforcement Team approached the vehicle and asked the driver and three occupants for their entry documents. The driver presented a valid U.S. Passport card and the front seat occupant presented a valid Permanent Resident card. MONTIEL said he had nothing to declare and indicated the vehicle belonged to his mother, ARMAS-GARCIA. MONTIEL said they were going back home to Los Angeles after being in Mexico for his father's funeral. The vehicle was escorted to the secondary lot for further inspection. The CBPO conducted an inspection of the vehicle and discovered the gas tank sounded solid when tapped. The CBPO then utilized a fiber optic scope to look inside the gas tank and observed vacuum sealed packages inside. All four occupants were then handcuffed and escorted to the security office.

At approximately 7:54 a.m. the vehicle was driven through the Z-portal for x-ray inspection. The operator was a CBPO, and he observed anomalies in the vehicle requiring further inspection. A CBPO was assigned to conduct a seven point inspection on the vehicle in the secondary lot. While conducting the inspection, the CBPO discovered forty-five (45) packages concealed in the gas tank of the vehicle. The CBPO probed one package, which contained a white crystal-like substance that field-tested positive for properties of methamphetamine. The CBPO removed a total of 45 packages from the gas tank weighing approximately 22.40 kilograms (49.38 pounds).

At approximately 11:00 a.m, HSI Special Agents Kevin Vassighi and Joshua Bass began to interview MONTIEL. MONTIEL initially invoked his <u>Miranda</u> rights and the interview was terminated. However, MONTIEL later expressed a desire to speak with law enforcement. MONTIEL was read his <u>Miranda</u> rights again at approximately 2:36 p.m., at which time MONTIEL agreed to waive his rights and speak with agents. During the interview, MONTIEL admitted knowledge of the drugs within the vehicle and stated he was to be paid $3,000 to deliver the drugs to Los Angeles, California. The driver, MONTIEL, as well as the registered owner, ARMAS-GARCIA, were arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance.

Executed on this November 11, 2016 at 12:20 a.m.

_____

Kevin Vassighi

Special Agent, HSI

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant named in this probable cause statement, committed the offense on November 10, 2016 in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____          10:26 PM, Nov 11, 2016
United States Magistrate Judge      Date/Time