FILED

17 JAN 10 PM 3:56

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MPC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

17CR0084W

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS MONTIEL, ET AL.,<br><br>  Defendants — new | Case No. ▓▓▓▓▓▓▓▓<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Ada Nereyda Armas-Garcia</u>, Case No. 16CR2908-W, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

  __X__   (1) More than one indictment or information is filed or pending against the same defendant or defendants.

  _____   (2) Defendant is currently on probation/supervised release.

  _____   (3) Defendant is charged with escape.

DATED: January 10, 2017.

_____ for
ALANA W. ROBINSON
Acting United States Attorney

SLP:lml:1/9/2017