```
LAURA E. DUFFY
United States Attorney
SUSAN L. PARK
Assistant United States Attorney
District of Columbia Bar No. 501430
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6760

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17CR0084-W |
|---|---|
| Plaintiff, | **REQUEST TO AUTHORIZE CLERK OF COURT TO MERGE CASE NO. 16MJ3500-BLM WITH CASE NO. 17CR0084-W** |
| v. | |
| JUAN CARLOS MONTIEL (1), et al., | |
| Defendants. | |

The United States Attorney's Office, through its counsel, Alana W. Robinson, Acting United States Attorney, and Susan L. Park, Assistant United States Attorney, requests the Court to authorize the Clerk of Court to merge Case No. 16MJ3500-BLM with Case No. 17CR0084-W.

This request results from an incomplete Notice of Related Case ("NRC") filed, contemporaneously with the Indictment, in case number 17CR0084-W on January 10, 2017, as Document 2. The NRC correctly related United States of America v. Ada Nereyda Armas-Garcia, Case No. 16CR2908-W as to Defendant ADA NEREYDA ARMAS-GARCIA in this indicted case, but did not include United States v. Juan Carlos Montiel, Case No. 16MJ3500-BLM, which was still pending as to Defendant JUAN CARLOS MONTIEL.

//

//

SLP:kst:San Diego
1/18/17

In addition, bond conditions set by Magistrate Judge Barbara L. Major in Case No. 16MJ3500-BLM still apply to Defendant JUAN CARLOS MONTIEL (Document 7 filed November 14, 2016).  The requested merging of these cases will ensure the applicability of the bond conditions in this indicted case as well.

DATED:  January 18, 2017.

    Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

*s/ Susan L. Park*
SUSAN L. PARK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN CARLOS MONTIEL, et al.,<br><br>    Defendants. | Case No. 17CR0084-W<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Susan L. Park, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.  I am not a party to the above-entitled action.

I have caused service of the Request to Authorize Clerk of Court to Merge Cases, dated January 18, 2017, and this Certificate of Service, dated January 18, 2017, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

   Alfred Oshiomele Anyia, Esq.      Attorney for
                                       Defendant MONTIEL (1)
   Christian Ighegha Oronsaye, Esq.  Attorney for
                                       Defendant ARMAS-GARCIA (2)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2017.

                          *s/ Susan L. Park*
                          SUSAN L. PARK
                          Assistant United States Attorney

SLP:kst:San Diego
1/18/17