# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED 16 NOV 16 AM 9:12**
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA )
vs )
(1) JUAN CARLOS MONTIEL )
)

CASE NUMBER: 16 MJ 3500
ABSTRACT OF ORDER
Booking No. 59815-298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **11/14/16** the Court entered the following order:

**21:952 and 960 UNLAWFUL IMPORTATION OF A CONTROLLED SUBSTANCE**

\_\_\_\_\_ Defendant be released from custody.

\_\_\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.

\_\_\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release.

**X** Defendant released on $ **20,000 P/S** bond posted.

**X** Defendant appeared in Court. FINGERPRINT & RELEASE.

\_\_\_\_\_ Defendant remanded and ( \_\_\_\_\_ bond) ( \_\_\_\_\_ bond on appeal) exonerated.

\_\_\_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_\_ years.

\_\_\_\_\_ Bench Warrant Recalled.

\_\_\_\_\_ Defendant forfeited collateral.

\_\_\_\_\_ Case dismissed.

\_\_\_\_\_ Case dismissed, charges pending in case no. \_\_\_\_\_

\_\_\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.

\_\_\_\_\_ Other. \_\_\_\_\_

**BARBARA L. MAJOR**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

JOHN MORRILL   Clerk
by
_(signature)_
Deputy Clerk

Received \_\_\_\_\_
DUSM

Crim-9  (Rev. 8-11)                    ☆ U.S. GPO: 1996-783-398/40151

M. Behning

CLERK'S COPY