*Law Offices of: Alfred O. Anyia*
**ALFRED O. ANYIA, ESQ. - SBN:183571**
10545 Burbank Boulevard, Suite 126
North Hollywood, California 91601
Telephone: (818) 432-8467; Facsimile: (818) 322-1269

Attorney For Defendant, Juan Carlos Montiel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUAN CARLOS MONTIEL (1) ) <br> ADA NEREYDA ARMAS-GARCIA (2) ) <br> ) <br> Defendants. ) | CASE NO: 16MJ3500-BLM <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

I the undersigned attorney, enter my appearance as counsel for Defendants (1) JUAN CARLOS MONTIEL in the above-captioned case. I certify that I am admitted to practice ijn this court.

Respectfully submitted:

Dated: November 22, 2016              **LAW OFFICES OF ALFRED O. ANYIA**

By:____[signature]____
**ALFRED O. ANYIA, ESQ.**
Attorney for Defendant,
**JUAN CARLOS, MONTIEL**

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

I Alfred O. Anyia, hereby certify that I am a citizen of the United States and I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 10545 Burbank Boulevard, Suite 126, North Hollywood, California 91601. I am not a party to this action.

On November 22, 2016, I caused service of this **NOTICE OF APPEARANCE** dated November 22, 2016 and this Certificate of Service dated November 22, 2016, on the following by email and via the ECF:

Susan L. Park, Esq.            Attorney for the United States
Email: susan.park2@usdoj.gov

Christian Oronsaye Esq.        Attorney for Defendant ARMAS-GARCIA(2)
Email : christian.oronsaye@stonecroftlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this November 22, 2016, at North Hollywood, California.

_____
Alfred O. Anyia