*Law Offices of: Alfred O. Anyia*
**ALFRED O. ANYIA, ESQ. - SBN:183571**
10545 Burbank Boulevard, Suite 126
North Hollywood, California 91601
Telephone: (818) 432-8467; Facsimile: (818) 322-1269

Attorney For Defendant, Juan Carlos Montiel

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN CARLOS MONTIEL (1)<br>ADA NEREYDA ARMAS-GARCIA (2)<br><br>Defendants. | CASE NO: 16MJ3500-BLM<br><br>DECLARATION OF ALFRED O. ANYIA RE: STATUS OF DEFENDANT JUAN CARLOS MONTIEL AND READINESS FOR HEARING OF 12/15/2016 |

TO THE COURT AND TO ALL PARTIES:

I ALFRED O. ANYIA, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and before the United States District Court, Southern District of California. I am also the attorney of record for Defendant Juan Carlos Montiel (hereafter, "Defendant") in this matter.

2. I make this declaration pursuant to the Court's order of December 8, 2016, requesting that I advise this Court of the status of the Defendant who was unable to attend the preliminary hearing set for December 8, 2016 due to the fact that the Defendant admitted into hospital. I was unable to comply with the court's order to submit a status report by 12/12/2016 because I was unable to find the Defendant or any family member to talk to.

**NOTICE OF ALFRED O. ANYIA RE: STATUS OF DEFENDANT, ETC.**

3. Finally, I was able to talk to Defendant's sister Lisa today and she informed me and I believe, that the Defendant was released from Pacifica Hospital of the Valley (San Fernando Valley) on the night of December 8, 2016, but that Defendant suffered a seizure that same night and had to be transported to St. Joseph's Hospital, Burbank, California.

4. She also informed me and I believe, that Defendant was transferred from St. Joseph's Hospital to Olive View Hospital in Sylmar California, and that, due to his worsening condition, Defendant was further transferred to Los Angeles County, USC Hospital, Los Angeles, California, where Defendant is presently been cared for at the intensive care unit.

5. Defendant's sister further informs me that even though the Defendant is partially responsive, she did not believe that the Defendant would be out of the hospital by the next hearing date of December 15, 2016.

6. I have received a copy of the information (and discovery) in this case and it was the Defendant's intention to waive formal indictment in this proceeding on December 8, 2016, but was prevented from so doing because he suffered a seizure and was admitted into hospital.

7. I am hereby attaching a copy of the Defendant's initial admission papers into Pacifica Hospital of the Valley which was provided to me by Defendant's sister on December 8, 2016. Defendant's sister has also agreed to furnish my office with further admission papers, status report (if any) and the contact information of Defendant's present physician at Los Angeles County USC Hospital, by the end of the today.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 13th day of December 2016, at Los Angeles, California.

**ALFRED O. ANYIA**
Declarant

## CERTIFICATE OF SERVICE

I Alfred O. Anyia, hereby certify that I am a citizen of the United States and I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 10545 Burbank Boulevard, Suite 126, North Hollywood, California 91601. I am not a party to this action.

On December 13, 2016, I caused service of this **NOTICE OF APPEARANCE** dated November 22, 2016 and this Certificate of Service dated December 13, 2016, on the following by email and via the ECF:

Susan L. Park, Esq.                           Attorney for the United States
Email: susan.park2@usdoj.gov

Christian Oronsaye Esq.                Attorney for Defendant ARMAS-GARCIA(2)
Email : christian.oronsaye@stonecroftlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this December 13, 2016, at North Hollywood, California.

*/s/ Alfred O. Anyia*

# Pacifica Hospital Of The Valley

9449 San Fernando Rd. Sun Valley, CA 91352

818-767-3310

This is to certify that **Montiel, Juan C** was treated at Pacifica Hospital of the Valley from **12-08-2016** to **12-08-2016**.

☐ Is free of any contagious or infectious disease and may return to work/ school on _____

☐ May return to school with crutches.

☐ May not return to work/ school until _____

☐ Parent/guardian _____ may return to work on _____

MD. _____ MD/RN Signature _____ Date: **12/08/16**

```
MONTIEL, JUAN C
U00040423507  0000793265
Rico, Wilfred M
M 30
DOB-01/11/86    ADM12/08/16
```