PS 8C
(05/08)

September 15, 2017

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Juan Montiel  (Spanish)                    **Dkt No.:** 3:17CR0084-001

**Reg. No.:** 59815-298

**Name of Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge
(Matter referred to the Honorable Barbara L. Major, U.S. Magistrate Judge)

**Date Conditions Ordered:** November 14, 2016, before the Honorable Barbara L. Major, U.S. Magistrate Judge

**Charged Offense:** Title 21, U.S.C., Section 952 and 960 - Unlawful Importation of a Controlled Substance

**Conditions of Release:** Not commit a federal, state or local crime during the period of release; make all court appearances; restrict travel to the Southern and Central Districts of California; may not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; clear all warrants, failure to appears and pay all fines as directed by Pretrial Services; reside at a residence approved by Pretrial Services; and surrender passport and not apply for new travel documents.

**Modification**: None.

**Date Released on Bond:** November 14, 2016

**Next Court Hearing:** August 7, 2017, at 9:00 a.m. for sentencing (failed to appear bench warrant stayed) continued to October 10, 2017, at 9:00 a.m. for sentencing before U.S. District Judge Thomas J. Whelan

**Asst. U.S. Atty.:** Karla Davis                    **Defense Counsel:** Alfred Anyia (Retained)
(619) 546-6741                                          (818) 432-8467

**Prior Violation History:** None.

PS 8C
(05/08)

**Name of Defendant:** Juan Montiel                                    September 15, 2017
**Docket No.:** 3:17CR0084-001                                               Page 2

## PETITIONING THE COURT

## TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)**<br>1. Not commit a federal, state, or local crime during the period of release. | 1.   On September 9, 2017, the defendant drove a vehicle under the influence of alcohol, a misdemeanor, in violation of California Vehicle Code 23152(A), as evidenced by criminal records. |

### _Grounds for Revocation:_

Computerized records reflect on September 8, 2017, the defendant was arrested in Los Angeles, California, for driving under the influence.

On September 14, 2014, Pretrial Services questioned the defendant about the arrest.  According to the defendant, on September 8, 2017, he was at his brother's residence drinking alcohol and decided to return home at approximately 9:00 p.m.  The defendant stated while driving home he approached a check point set up by the Los Angeles Police Department.  At the check point, the defendant was approached by an officer who inquired if he had recently consumed any alcoholic beverages.  The defendant admitted to the officer he consumed two beers while at his brother's residence, therefore, he was instructed to pullover to the side of the roadway for a sobriety test.  The defendant indicated he was unable to keep his balance while conducting the sobriety tests and was instructed to take a breathalyser test.  The defendant stated the breathalyser read his blood alcohol level was .08 and he was placed into custody for driving under the influence.

On September 9, 2017, the defendant reported he posted a $5,000 bond through Emergency Rescue Bail Bonds and was provided with a notice to appear for October 4, 2017, at 8:30 a.m., at San Fernando Court, in San Fernando, California.

According to Los Angeles Police Department an incident report is not available as of this writing.

PS 8C
(05/08)

**Name of Defendant:** Juan Montiel                                    September 15, 2017

**Docket No.:** 3:17CR0084-001                                                    Page 3

## SUPERVISION ADJUSTMENT

The defendant commenced Pretrial Supervision on November 14, 2016.  Considering the defendant resides in the Central District of California, he is being supervised by Pretrial Services Officer Gregory Kwon. According to Officer Kwon, the defendant has been in compliance.  However, a criminal record check revealed the defendant's drivers license remains suspended for an outstanding traffic matter which occurred before the defendant was placed on pretrial supervision.  Additionally, considering his new arrest, Pretrial Services believes the defendant placed himself and the community in danger by driving under the influence.  Therefore, Pretrial Services views the defendant's supervision adjustment as poor.

PS 8C
(05/08)

**Name of Defendant:** Juan Montiel                                    September 15, 2017
**Docket No.:** 3:17CR0084-001                                              Page 4

## RECOMMENDATION/JUSTIFICATION

In light of the above noted information, Pretrial Services recommends your Honor summon the
defendant to appear in Court on September 19, 2017, at 9:30 a.m. and allow him to show cause why his
bond should not be revoked.

**I declare under penalty of perjury that the
foregoing is true and correct.**

**Executed on:** 9/15/17

Respectfully submitted:                          Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by
    Jessica R. Mara                              Carlos Gutierrez
    U.S. Pretrial Services Officer Assistant      Supervising U.S. Pretrial Services Officer
    (760) 339-4227
    Place: El Centro, California

**THE COURT ORDERS:**

___X___   **AGREE**, cite the defendant to appear in Court on September 28, 2017, at 9:30 a.m. and
          order him to show cause why his bond should not be revoked.

___X___   Other    Please obtain the police or incident report.

The Honorable Barbara L. Major                   **2:26 PM, Sep 18, 2017**
U.S. Magistrate Judge                            Date